817 A.2d 316

IN THE MATTER OF DOUGLAS R. CLARK,
AN ATTORNEY AT LAW.

March 12, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–241, concluding that **DOUGLAS R. CLARK** formerly of **HAMBURG**, who was admitted to the bar of this State in 1968, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.7(a) (conflict of interest), *RPC* 1.8(a) (prohibited business transaction with client), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **DOUGLAS R. CLARK** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.